# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 16-08236 | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | SOLID NORTH LLC | Date Filed (f) or Converted (c): | 11/18/2016 (c) |
| For the Period Ending: | 06/30/2017 | §341(a) Meeting Date: | 12/15/2016 |
| | | Claims Bar Date: | 03/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Real Property.  4319 E. 7th Ave., Tampa, FL 33605  (u) | $0.00 | $170,000.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                              **Gross Value of Remaining Assets**

$0.00         $170,000.00                     $0.00              $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/24/2017 | Issued checks to pay realtor, secured creditor, and buyer (for credit for cleaning property). To close case after checks clear. |
| 06/29/2017 | Court approved application for compensation for realtor, other matters associated with closing, at hearing. |
| 06/07/2017 | Hearing on application for compensation for realtor to be 6/29/17 |
| 05/22/2017 | Order granting motion to sell real estate entered. |
| 05/19/2017 | Motion to sell property granted. |
| 05/09/2017 | Hearing on motion to sell property set for 5.18.17 |
| 02/17/2017 | Motion for authority to sell real estate filed. |
| 01/19/2017 | 341 meeting held and concluded. |
| 01/06/2017 | Representative of debtor did not appear at 341 meeting. To be rescheduled. |
| 12/15/2016 | Representative of debtor did not appear at 341 meeting. To be rescheduled. |
| 11/29/2016 | Case converted to Chapter 7. Employed atty to assist in sale of real estate. |
| 11/29/2016 | Employed realtor re: real property |
| 11/29/2016 | Employed realtor. |
| 11/22/2016 | Employed atty to assist with sale of real estate. |

Initial Projected Date Of Final Report (TFR):   12/15/2017         Current Projected Date Of Final Report (TFR):         /s/ BETH ANN SCHARRER

BETH ANN SCHARRER

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 16-08236 | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | SOLID NORTH LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***7951 | Checking Acct #: | ******0593 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2016 | Blanket bond (per case limit): | $48,399,000.00 |
| For Period Ending: | 06/30/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 07/01/2016 to 06/30/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/30/2017 to 6/30/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 16-08236 | | **Trustee Name:** | Beth Ann Scharrer |
| **Case Name:** | SOLID NORTH LLC | | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***7951 | | **Checking Acct #:** | ******0593 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 07/01/2016 | | **Blanket bond (per case limit):** | $48,399,000.00 |
| **For Period Ending:** | 06/30/2017 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | $0.00 | $0.00 | $0.00 |

**For the period of 07/01/2016 to 06/30/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/30/2017 to 6/30/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |