**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 8:16-BK-08236-KRM |
| | § | |
| SOLID NORTH LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Beth Ann Scharrer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $500,000.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $66,915.47 | | |

3) Total gross receipts of $566,915.47 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $566,915.47 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $480,000.00 | $520,879.20 | $510,562.47 | $500,000.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $78,308.72 | $78,308.72 | $66,915.47 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $426,492.66 | $426,492.66 | $0.00 |
| **Total Disbursements** | $480,000.00 | $1,025,680.58 | $1,015,363.85 | $566,915.47 |

    4). This case was originally filed under chapter 0 on 09/23/2016. The case was converted to one under Chapter 7 on 11/18/2016. The case was pending for 0 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/20/2017                By:   /s/ Beth Ann Scharrer
                                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Real Property. 4319 E. 7th Ave., Tampa, FL 33605 | 1210-000 | $566,710.47 |
| Refund from TECO following sale of real property | 1229-000 | $205.00 |
| **TOTAL GROSS RECEIPTS** | | **$566,915.47** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | HILLSBOROUGH COUNTY TAX COLLECTOR | 4110-000 | $10,000.00 | $10,316.73 | $0.00 | $0.00 |
| 6 | Magnolia TC 16, LLC | 4110-000 | $0.00 | $10,562.47 | $10,562.47 | $0.00 |
| | SECURED INVESTMENT LENDING | 4110-000 | $470,000.00 | $0.00 | $0.00 | $0.00 |
| | Secured Investment Lending, Inc. | 4110-000 | $0.00 | $500,000.00 | $500,000.00 | $500,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$480,000.00** | **$520,879.20** | **$510,562.47** | **$500,000.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Beth Ann Scharrer, Trustee | 2100-000 | NA | $31,595.77 | $31,595.77 | $24,200.38 |
| Beth Ann Scharrer, Trustee | 2200-000 | NA | $10.13 | $10.13 | $7.76 |
| Revolent Solutions Group, LLC | 2500-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| Pinnacle Bank | 2600-000 | NA | $632.64 | $632.64 | $632.64 |
| Office of the United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $497.86 |
| Michael C. Markham and Angelina E. Lim, Attorney for Trustee | 3210-000 | NA | $15,882.50 | $15,882.50 | $12,165.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Michael C. Markham and Angelina E. Lim, Accountant for Trustee | 3420-000 | NA | $537.68 | $537.68 | $411.83 |
| Michael Braccia P.A., and Bay Street Commercial, LLC, Realtor for Trustee | 3510-000 | NA | $24,000.00 | $24,000.00 | $24,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $78,308.72 | $78,308.72 | $66,915.47 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FREDERICK B. ROSALES | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | GRIFFIN INTERNATIONAL INC | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7300-000 | $0.00 | $3,000.00 | $3,000.00 | $0.00 |
| 2 | FREDERICK B. ROSALES | 7100-000 | $0.00 | $136,000.00 | $136,000.00 | $0.00 |
| 3 | GRIFFIN INTERNATIONAL INC | 7100-000 | $0.00 | $287,492.66 | $287,492.66 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $426,492.66 | $426,492.66 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1         Exhibit 8

| Case No.: | 16-08236-KRM | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | SOLID NORTH LLC | Date Filed (f) or Converted (c): | 11/18/2016 (c) |
| For the Period Ending: | 12/20/2017 | §341(a) Meeting Date: | 12/15/2016 |
| | | Claims Bar Date: | 03/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Real Property.  4319 E. 7th Ave., Tampa, FL 33605  (u) | $0.00 | $170,000.00 | | $566,710.47 | FA |
| 2  Refund from TECO following sale of real property  (u) | $0.00 | $205.00 | | $205.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                   **Gross Value of Remaining Assets**
                                       $0.00              $170,205.00                        $566,915.47                                    $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/24/2017 | Issued checks to pay realtor, secured creditor, and buyer (for credit for cleaning property).  To close case after checks clear. |
| 06/29/2017 | Court approved application for compensation for realtor, other matters associated with closing, at hearing. |
| 06/07/2017 | Hearing on application for compensation for realtor to be 6/29/17 |
| 05/22/2017 | Order granting motion to sell real estate entered. |
| 05/19/2017 | Motion to sell property granted. |
| 05/09/2017 | Hearing on motion to sell property set for 5.18.17 |
| 02/17/2017 | Motion for authority to sell real estate filed. |
| 01/19/2017 | 341 meeting held and concluded. |
| 01/06/2017 | Representative of debtor did not appear at 341 meeting.  To be rescheduled. |
| 12/15/2016 | Representative of debtor did not appear at 341 meeting.  To be rescheduled. |
| 11/29/2016 | Case converted to Chapter 7.  Employed atty to assist in sale of real estate. |
| 11/29/2016 | Employed realtor re: real property |
| 11/29/2016 | Employed realtor. |
| 11/22/2016 | Employed atty to assist with sale of real estate. |

**Initial Projected Date Of Final Report (TFR):**  12/15/2017      **Current Projected Date Of Final Report (TFR):**

/s/ BETH ANN SCHARRER
BETH ANN SCHARRER

**FORM 2**

Page No: 1     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-08236-KRM | | | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|---|---|
| Case Name: | SOLID NORTH LLC | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***7951 | | | Checking Acct #: | ******0593 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 9/23/2016 | | | Blanket bond (per case limit): | $48,399,000.00 |
| For Period Ending: | 12/20/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/01/2017 | (1) | Johnson, Pope, Bokor, Ruppel & Burns LLP | Doc. 41, 47 | 1210-000 | $566,710.47 | | $566,710.47 |
| 07/24/2017 | 101 | Michael Braccia P.A., and Bay Street Commercial, LLC | Doc. 50, 56, 58 | 3510-000 | | $24,000.00 | $542,710.47 |
| 07/24/2017 | 102 | Secured Investment Lending, Inc. | Paid per doc. 54, 58 | 4110-000 | | $500,000.00 | $42,710.47 |
| 07/24/2017 | 103 | Revolent Solutions Group, LLC | Doc. Nos. 52, 58 | 2500-000 | | $5,000.00 | $37,710.47 |
| 08/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $632.64 | $37,077.83 |
| 08/05/2017 | (2) | TECO | refund from Tampa Electric Co. | 1229-000 | $205.00 | | $37,282.83 |
| 11/17/2017 | 104 | Beth Ann Scharrer | Trustee Compensation | 2100-000 | | $24,200.38 | $13,082.45 |
| 11/17/2017 | 105 | Beth Ann Scharrer | Trustee Expenses | 2200-000 | | $7.76 | $13,074.69 |
| 11/17/2017 | 106 | Michael C. Markham and Angelina E. Lim | Claim #: ; Distribution Dividend: 76.59; Account Number: ; Dividend: 32.62; Amount Claimed: 15,882.50; | 3210-000 | | $12,165.00 | $909.69 |
| 11/17/2017 | 107 | Michael C. Markham and Angelina E. Lim | Claim #: ; Distribution Dividend: 76.59; Account Number: ; Dividend: 1.10; Amount Claimed: 537.68; | 3420-000 | | $411.83 | $497.86 |
| 11/17/2017 | 108 | Office of the United States Trustee | Claim #: 4; Distribution Dividend: 76.59; Account Number: ; Dividend: 1.33; Amount Claimed: 650.00; | 2950-000 | | $497.86 | $0.00 |

                                **SUBTOTALS**    $566,915.47    $566,915.47

FORM 2

Page No: 2          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-08236-KRM | |
| **Case Name:** | SOLID NORTH LLC | |
| **Primary Taxpayer ID #:** | **-***7951 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 9/23/2016 | |
| **For Period Ending:** | 12/20/2017 | |

| | |
|---|---|
| **Trustee Name:** | Beth Ann Scharrer |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0593 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $48,399,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $566,915.47 | $566,915.47 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $566,915.47 | $566,915.47 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $566,915.47 | $566,915.47 | |

**For the period of 9/23/2016 to 12/20/2017**

| | |
|---|---|
| Total Compensable Receipts: | $566,915.47 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $566,915.47 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $566,915.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $566,915.47 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/30/2017 to 12/20/2017**

| | |
|---|---|
| Total Compensable Receipts: | $566,915.47 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $566,915.47 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $566,915.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $566,915.47 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-08236-KRM | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | SOLID NORTH LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***7951 | Checking Acct #: | ******0593 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/23/2016 | Blanket bond (per case limit): | $48,399,000.00 |
| For Period Ending: | 12/20/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $566,915.47 | $566,915.47 | $0.00 |

**For the period of 9/23/2016 to 12/20/2017**

| | |
|---|---|
| Total Compensable Receipts: | $566,915.47 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $566,915.47 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $566,915.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $566,915.47 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/18/2016 to 12/20/2017**

| | |
|---|---|
| Total Compensable Receipts: | $566,915.47 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $566,915.47 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $566,915.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $566,915.47 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ BETH ANN SCHARRER

BETH ANN SCHARRER